UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL KELLY,

          Plaintiffs,

    v.

COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA HOME LOANS; COUNTRYWIDE BANK, FSB; BANK OF AMERICA; RECONTRUST COMPANY, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and SHANNON ROWE,

          Defendants.

                               NO. CIV. S-09-2066 LKK/KJM

**O R D E R**

    All parties in the above-captioned case have filed a joint Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c).  According to Local Rule 72-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the

1

1  magistrate judge for all further proceedings and entry of final
2  judgment.
3       IT IS ORDERED that any hearing dates currently set before the
4  undersigned are **VACATED.**
5       IT IS FURTHER ORDERED that the Clerk of the Court reassign
6  this case to the Honorable Kimberly J. Mueller, United States
7  Magistrate Judge.  All future documents filed in the above-
8  captioned case shall reference the following case number:  No. Civ.
9  S-09-2066 KJM.
10      DATED:  November 18, 2009

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

14      Having also reviewed the file, I accept reference of this case
15 for all further proceedings and entry of final judgment.
16      DATED:  November 18, 2009.

17 09cv2066.o

                                             U.S. MAGISTRATE JUDGE

2