IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL KELLY,

      Plaintiff,                                No. CIV S-09-2066 KJM

    vs.

COUNTRYWIDE HOMES LOANS, INC.,
et al.,

      Defendants.                            <u>ORDER</u>
_____/

         Defendants' motion to dismiss came on regularly for hearing February 10, 2010. Philip Carey appeared for plaintiff. Deborah Goldfarb appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

         1. In the opposition to the motion to dismiss, plaintiff dismissed the only federal claim pled, under the Real Estate Settlement Procedures Act ("RESPA"). At the hearing, plaintiff's counsel indicated he intended to dismiss without prejudice the state law claims. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff has the right to dismiss this action. The court therefore will dismiss the state law claims without prejudice.

         2. In light of plaintiff's counsel representation that he intended to file a dismissal but had simply not had the time to do so prior to the hearing, the court finds counsel unduly

1

imposed a burden on the court and defense counsel.  Plaintiff's counsel will be directed to pay a sanction for the unwarranted consumption of court resources.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's claim under RESPA is dismissed without prejudice.  Plaintiff's state law claims are dismissed without prejudice.  The Clerk of Court is directed to close this action.

2. Within fourteen days, plaintiff's counsel shall pay sanctions in the amount of $100.00, payable to the court's Nonappropriated Fund.  Counsel shall file an affidavit affirming that said sanction is paid personally by counsel, out of personal funds, and shall not be billed directly or indirectly to the client or in any way made the responsibility of the client.

DATED: February 23, 2010.

_____
U.S. MAGISTRATE JUDGE

006
kelly.oah